NORA S. MYERS, as Administratrix of the Estate of LESTER V. MYERS, Deceased, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

Argued January 10, 1946; decided March 7, 1946.

*Pierre W. Evans* for appellants.
*James B. Gitlitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.